# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>DONALD LEE SPARLING<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:22-mj-00125<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2022__ in the county of __Clatsop__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | 18 USC 2113 (a) - Bank Robbery; On or about June 30, 2022 by using force, violence, or intimidation, Donald Lee Sparling, knowingly and unlawfully did take or attempt to take US currency from the Lewis and Clark Bank located at 988 Commercial Street, Astoria, Oregon 97103 whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). |

This criminal complaint is based on these facts:

see attached affidavit of FBI Special Agent Joseph O. Youngblood

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph O. Youngblood, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:52 p.m.

Date: July 11, 2022

*Judge's signature*

City and state: Portland, Oregon    Hon. Andrew D. Hallman, US Magistrate Judge
*Printed name and title*